**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert SLEDGE, Defendant–Appellant.**

No. 06–30386.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 2006.

Donald E. Hathaway, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before REAVLEY, GARZA and PRADO, Circuit Judges.

PER CURIAM: \*

The judgment of the district court is affirmed because the evidence supports

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the verdict and the finding that Robert Sledge knowingly possessed the cocaine. It was proved that Sledge controlled the car, made the trip to Houston to obtain property he placed in the trunk of the car, and the officer recovered the cocaine from the trunk.

AFFIRMED.